UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **April Craig,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) **Case No.:1:17-cv-3149-RLY-DML** |
| **Credit Protection Association, L.P.,** | ) ) ) |
| **Defendant.** | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the Parties in this cause, this cause of action is hereby dismissed with prejudice, with each party to bear their own attorney fees and costs.

12/12/2017
Date

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**ECF notification:**

Copies to electronically registered counsel of record.